1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) Case No. 1:09-mj-00018 SMS
                                   )
12 |         Plaintiff,             )
                                   ) ORDER TO DISMISS
13 |                                ) (Fed. R. Crim. P. 48(a))
                                   )
14 |         v.                     )
                                   )
15 | PEDRO VICENTE AGUIRRE,         )
                                   )
16 |         Defendant.             )
                                   )

17

18       This matter having come before the court pursuant to a written order to dismiss the complaint

19 without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a);

20       IT IS ORDERED that the complaint be dismissed without prejudice as to this defendant and

21 the warrant be hereby recalled.

22

23 IT IS SO ORDERED.

24 **Dated:    October 7, 2011**            /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                  1